UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| **MARTHA ANDERSON,** | Case No. EDCV07-1505 AJW |
| **Plaintiff,** | |
| v. | **J U D G M E N T** |
| **MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,** | |
| **Defendant.** | |

**IT IS ADJUDGED** that defendant's decision is **affirmed.**

DATED: October 6, 2008

_____
ANDREW J. WISTRICH
United States Magistrate Judge